UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| CODY RAY ASBY and CAROLINE ASBY,<br><br>Plaintiffs,<br><br>v.<br><br>MEDTRONIC, INC., MEDTRONIC USA, INC., MEDTRONIC LOGISTICS LLC, COVIDIEN LP, COVIDIEN HOLDING, INC., and COVIDIEN SALES LLC,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:22-CV-125-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion to dismiss [D.E. 12] and DISMISSES WITHOUT PREJUDICE plaintiffs' complaint.

**IT IS FURTHER ORDERED AND DECREED** that the plaintiffs have not filed an amended complaint as allowed in the order entered May 18, 2023. Therefore, this case is closed.

**This Judgment Filed and Entered on June 12, 2023, and Copies To:**

| | |
|---|---|
| Brianne L. Van Apeldoorn | (via CM/ECF electronic notification) |
| Harry H Albritton, Jr. | (via CM/ECF electronic notification) |
| Ben Gibson Irons, III | (via CM/ECF electronic notification) |
| Madeleine Pfefferle | (via CM/ECF electronic notification) |
| Rachel Forman | (via CM/ECF electronic notification) |
| Leslie C. Packer | (via CM/ECF electronic notification) |

DATE: June 12, 2023          PETER A. MOORE, JR., CLERK

                             (By)  /s/ Stephanie Mann
                             Deputy Clerk